## BERKELEY FEDERAL BANK AND TRUST, FSB *v.* FRANK F. OGALIN ET AL.

The defendants Frank F. Ogalin and Verna T. Ogalin's petition for certification for appeal from the Appellate Court, 48 Conn. App. 205 (AC 17206), is denied.

*Roy W. Moss*, in support of the petition.

*Matthew J. Forstadt*, in opposition.

Decided April 28, 1998

## RIVERMEAD CONDOMINIUM ASSOCIATION, INC. *v.* SUZANNE SEARLES ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17216) is denied.